DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM GREENS AT VILLA DEL RAY RECREATION CONDOMINIUM ASSOCIATION, INC.,** et al.,
Appellants,

v.

**LENNAR HOMES, LLC,** et al.,
Appellees.

No. 4D2025-2679

[April 23, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502025CA003767XXXAMB.

Ryan Matthew Clancy of Ainsworth + Clancy, PLLC, Coral Gables, for appellants.

Scott D. Kravetz, Richard David Shane, and Elisabeth L. Rabin of Duane Morris LLP, Miami, for appellees Lennar Homes, LLC and AG EHC II (Len) Multi State 1, LLC.

Kevin Patrick Yombor, Labeed Ahmed Choudhry, and Sarah Casey Walters of Kaufman Dolowich, LLP, Fort Lauderdale, for appellees Robert Thom and Sandra Klimas.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and SHAW, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***